**STATE of Missouri, Respondent,**

v.

**Mark HUGHES, Appellant.**

**No. WD 39901.**

Missouri Court of Appeals,
Western District.

Oct. 25, 1988.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 29, 1988.

Application to Transfer Denied
Feb. 14, 1989.

Fred Duchardt, Public Defender, Liberty,
for appellant.

William L. Webster, Atty. Gen., Eliza-
beth L. Ziegler, Asst. Atty. Gen., Jefferson
City, for respondent.

Before TURNAGE, P.J., and
SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM.

Direct appeal from a jury conviction for
assault in the second degree, in violation of
§ 565.060, RSMo 1986.

JUDGMENT AFFIRMED. Rule 30.-
25(b).

■

**Blaine E. JOHNSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40387.**

Missouri Court of Appeals,
Western District.

Oct. 25, 1988.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 29, 1988.

Joseph H. Locascio, Sp. Public Defender,
and Daniel C. Miller, Asst. Sp. Public De-
fender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Breck K.
Burgess, Asst. Atty. Gen., Jefferson City,
for respondent.

Before SHANGLER, P.J., and
CLARK and NUGENT, JJ.

ORDER

PER CURIAM.

Appeal from denial of a Rule 27.26 mo-
tion for post-conviction relief.

JUDGMENT AFFIRMED. Rule 84.-
16(b).